| PROB 22 (Rev. 01/24) | | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | **FILED** Jul 08, 2024 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | 3:17CR00097 |
| | | | DOCKET NUMBER *(Rec. Court)* 1:24-cr-00167-KES |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jacob Donovan | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Larry R. Hicks | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/29/2024 — TO 5/28/2027 |

**OFFENSE**

18 U.S.C. § 922(g)(1) and 924(a)(2) Felon in Possession of Firearms

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Violation of supervised release conditions.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF NEVADA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 8, 2024                              /s/ Howard D. McKibben
_____                         _____
Date                                      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 8, 2024                              /s/
_____                         _____
Effective Date                            United States District Judge

1